

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/2025

**Tracey K. Wishert**
Partner

Direct:
t: 973.451.8591
f: 973.538.1984
twishert@riker.com

7 Giralda Farms, Suite 250
Madison, NJ 07940-1051

MEMO ENDORSED

September 23, 2025

Conference adjourned to
10/2/2025 at 10:30 Am.

**VIA ECF**

Hon. Colleen McMahon, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

[signature] Colleen McMahon
9/24/2025

Re: **346-52 Realty LLC and Flatiron Realty Advisors, LLC v. National Casualty Company**
**Civil Action No.: 1:25-cv-2309**

Dear Judge McMahon:

We represent Defendant National Casualty Company in the above-referenced action. We have received the Court's order granting our request for a case management conference and scheduling the conference for September 25, 2025, at 10:45 AM. Unfortunately, I am currently scheduled to appear for a settlement conference that day in another matter in the United States District Court for the Eastern District of New York, before the Hon. Lee G. Dunst, U.S.M.J. Accordingly, we respectfully request that the Court reschedule the conference to another date at Your Honor's convenience. I am available on Friday Sept. 26th after 11 a.m. (I have a virtual case management conference from 10-11 am.) or any day next week.

Respectfully submitted,

s/Tracey K. Wishert
Tracey K. Wishert

cc: All counsel by ECF

MADISON   ■   TRENTON   ■   NEW YORK CITY
www.riker.com