

**AGULNICK KREMIN P.C.**

Scott E. Agulnick | Principal
Email: sagulnick@AgulnickKremin.com
Direct: +1 516-342-4494

September 25, 2025

MEMO ENDORSED

Conference adjourned to 10/9/2025 at 10:00 AM.

**VIA ECF**
Hon. Coleen McMahon, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street,
New York, NY 10007

*[signed]* Colleen McMahon
9/26/2025

Re: *346-52 Realty LLC and Flatiron Real Advisors LLC v. National Casualty Company*
Case No.: 1:25-cv-02309-CM

Dear Judge McMahon,

This office represents Plaintiffs, 346-52 Realty and Flatiron Real Advisors LLC. This matter is currently scheduled for an in-person status conference on October 02, 2025. We write to request an adjournment of the conference to a date convenient to the Court. The reason for this request is that the conference falls on the Jewish holiday, Yom Kippur. Due to religious observance, Plaintiff's counsel is unable to appear. This is the second request for an adjournment of the conference, and the first adjournment request was granted. Counsel for all appearing parties' consent to this request. The parties do not have another scheduled appearance before the Court after the appearance currently scheduled for October 02, 2025.

Of course, counsel for the parties remain available to provide the Court with any additional information the Court deems necessary to consider this request.

Respectfully submitted,
Agulnick Kremin P.C.

*[signed]*

Scott E. Agulnick, Esq

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/26/2025

cc:   All Counsel via ECF

---

510 Broadhollow Rd., Ste 303, Melville, NY 11747 | ☏ +1 718-352-4800 | 📠 +1 718-352-4800
www.AgulnickKremin.com