

**Riker Danzig** LLP
ATTORNEYS AT LAW

**Tracey K. Wishert**
Partner

Direct:
t: 973.451.8591
f: 973.538.1984
twishert@riker.com

7 Giralda Farms, Suite 250
Madison, NJ 07940-1051

October 6, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-8-25

**VIA ECF**

Hon. Colleen McMahon, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>346-52 Realty LLC and Flatiron Realty Advisors, LLC v. National Casualty Company</u>
Civil Action No.: 1:25-cv-2309

Dear Judge McMahon:

We represent Defendant National Casualty Company in the above-referenced action. We have received the Court's order rescheduling the case management conference to October 9, 2025, at 10:00 AM. Unfortunately, I am unable to appear for the conference on that date as I will be out of the country for a prepaid trip for my twentieth wedding anniversary.

We have conferred with Plaintiff's counsel regarding alternative dates and can advise that both parties are available to appear on October 14th, October 17th or October 20th at the Court's convenience. We respectfully request that the conference be adjourned to one of the aforementioned dates if these dates fit within Your Honor's schedule.

We thank the Court for its consideration in reviewing this request.

Respectfully submitted,

/s/Tracey K. Wishert
Tracey K. Wishert

cc: All counsel by ECF

*MEMO ENDORSED* 10/8/25
Conf adj to 10/20/25 at 12:00 p.m.
[signed] Colleen McMahon

MADISON ■ TRENTON ■ NEW YORK CITY
www.riker.com